**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIE CRUZ,**

      **Plaintiff,**

                                              **CASE NO.: 6:15-CV-1445-ORL-41-GJK**

**vs.**

**DOLLAR TREE STORE, INC.,**

      **Defendant.**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

*See list of related cases attached hereto as Exhibit "A".*

____  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated this 2nd day of October, 2015.

                                          */s/ Kimberly De Arcangelis*
                                          Kim De Arcangelis, Esquire
                                          FBN 025871
                                          Morgan & Morgan, P.A.
                                          20 N. Orange Ave., 16th Floor
                                          P.O. Box 4979
                                          Orlando, FL 32802-4979
                                          Telephone:    (407) 420-1414
                                          Facsimile:    (407) 245-3383
                                          Email:  KimD@forthepeople.com
                                          Attorneys for Plaintiff