EXHIBIT "A"



**PACER Case Locator**

Civil Party Search
Fri Oct 2 10:07:50 2015
41 records found

User: mc323333
Client:
Search: Civil Party Search Name Dollar Tree Stores, Inc. NOS 710 All Courts Page: 1

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Dollar Tree Stores, Inc. (dft) | txwdce | 5:2011-cv-00610 | 710 | 07/18/2011 | 12/12/2011 |
| 2 | Dollar Tree Stores, Inc. (dft) | flmdce | 2:2012-cv-00648 | 710 | 12/06/2012 | 02/13/2013 |
| 3 | Dollar Tree Stores, Inc. (dft) | flmdce | 6:2013-cv-00163 | 710 | 01/30/2013 | 06/07/2013 |
| 4 | Dollar Tree Stores, Inc. (dft) | gandce | 3:2011-cv-00009 | 710 | 01/17/2011 | 06/28/2011 |
| 5 | Dollar Tree Stores, Inc. (dft) | tnmdce | 3:2013-cv-00069 | 710 | 01/30/2013 | 08/27/2013 |
| 6 | Dollar Tree Stores, Inc. (dft) | txwdce | 1:2013-cv-00863 | 710 | 09/26/2013 | 11/18/2013 |
| 7 | Dollar Tree Stores, Inc. (dft) | almdce | 2:2013-cv-00381 | 710 | 06/05/2013 | 08/16/2013 |
| 8 | Dollar Tree Stores, Inc. (dft) | candce | 3:2007-cv-04012 | 710 | 08/06/2007 | 12/09/2011 |
| 9 | Dollar Tree Stores, Inc. (dft) | flsdce | 0:2010-cv-61617 | 710 | 09/01/2010 | 12/19/2013 |
| 10 | Dollar Tree Stores, Inc. (dft) | gandce | 1:2011-cv-02299 | 710 | 07/14/2011 | 05/10/2012 |
| 11 | Dollar Tree Stores, Inc. (dft) | flmdce | 2:2013-cv-00408 | 710 | 06/03/2013 | 05/23/2014 |
| 12 | Dollar Tree Stores, Inc. (dft) | gandce | 1:2013-cv-00315 | 710 | 01/30/2013 | 09/06/2013 |
| 13 | Dollar Tree Stores, Inc. (dft) | flmdce | 6:2013-cv-00880 | 710 | 01/30/2013 | 06/07/2013 |
| 14 | Dollar Tree Stores, Inc. (dft) | flmdce | 2:2013-cv-00764 | 710 | 10/25/2013 | 12/05/2013 |
| 15 | Dollar Tree Stores, Inc. (dft) | ordce | 3:2005-cv-00768 | 710 | 05/27/2005 | 09/09/2005 |
| 16 | Dollar Tree Stores, Inc. (dft) | alndce | 7:2008-cv-00693 | 710 | 04/21/2008 | 03/04/2013 |
| 17 | Dollar Tree Stores, Inc. (dft) | ilndce | 1:2011-cv-04132 | 710 | 06/17/2011 | 08/09/2011 |
| 18 | Dollar Tree Stores, Inc. (dft) | flmdce | 6:2015-cv-01445 | 710 | 09/04/2015 | |
| 19 | Dollar Tree Stores, Inc. (dft) | ilndce | 1:2011-cv-04156 | 710 | 06/17/2011 | 08/09/2011 |
| 20 | Dollar Tree Stores, Inc. (dft) | alndce | 2:2010-cv-02592 | 710 | 09/24/2010 | 08/15/2011 |
| 21 | Dollar Tree Stores, Inc. (dft) | ilndce | 1:2011-cv-08473 | 710 | 11/28/2011 | 06/18/2012 |
| 22 | Dollar Tree Stores, Inc. (dft) | mddce | 1:2012-cv-00028 | 710 | 01/03/2012 | 02/29/2012 |
| 23 | Dollar Tree Stores, Inc. (dft) | alndce | 2:2013-cv-00216 | 710 | 01/30/2013 | 12/20/2013 |
| 24 | Dollar Tree Stores, Inc. (dft) | codce | 1:2011-cv-01840 | 710 | 07/15/2011 | 03/31/2014 |
| 25 | Dollar Tree Stores, Inc. (dft) | mddce | 1:2013-cv-00319 | 710 | 01/30/2013 | 08/14/2013 |
| 26 | Dollar Tree Stores, Inc. (dft) | alsdce | 1:2013-cv-00303 | 710 | 06/06/2013 | 10/03/2013 |
| 27 | Dollar Tree Stores, Inc. (dft) | flsdce | 0:2015-cv-60004 | 710 | 01/02/2015 | 01/02/2015 |
| 28 | Dollar Tree Stores, Inc. (dft) | vaedce | 2:2012-cv-00267 | 710 | 05/11/2012 | 02/27/2014 |
| 29 | Dollar Tree Stores, Inc. (dft) | alndce | 7:2006-cv-01553 | 710 | 08/08/2006 | 03/04/2013 |
| 30 | Dollar Tree Stores, Inc. (dft) | flmdce | 8:2013-cv-01489 | 710 | 01/30/2013 | 07/10/2013 |
| 31 | Dollar Tree Stores, Inc. (dft) | nvdce | 2:2006-cv-01381 | 710 | 10/31/2006 | 04/20/2007 |
| 32 | Dollar Tree Stores, Inc. (dft) | nyedce | 2:2013-cv-00560 | 710 | 01/30/2013 | 09/11/2013 |
| 33 | Dollar Tree Stores, Inc. (dft) | tnedce | 3:2013-cv-00237 | 710 | 04/30/2013 | 12/13/2013 |
| 34 | Dollar Tree Stores, Inc. (dft) | flmdce | 2:2011-cv-00527 | 710 | 09/15/2011 | 09/17/2012 |
| 35 | DOLLAR TREE STORES, INC. (dft) | njdce | 1:2015-cv-01229 | 710 | 02/13/2015 | 08/03/2015 |
| 36 | Dollar Tree Stores, Inc. (dft) | alsdce | 2:2013-cv-00304 | 710 | 06/06/2013 | 10/03/2013 |
| 37 | Dollar Tree Stores, Inc. (dft) | flsdce | 0:2015-cv-60005 | 710 | 01/02/2015 | 01/28/2015 |
| 38 | Dollar Tree Stores, Inc. (dft) | miedce | 2:2011-cv-15233 | 710 | 11/29/2011 | 06/06/2014 |
| 39 | DOLLAR TREE STORES, INC. (dft) | pawdce | 3:2013-cv-00023 | 710 | 01/31/2013 | 08/27/2013 |
| 40 | Dollar Tree Stores, Inc. (dft) | vaedce | 2:2012-cv-00363 | 710 | 07/03/2012 | |
| 41 | Dollar Tree Stores, Inc. (dft) | vaedce | 2:2012-cv-00513 | 710 | 09/18/2012 | 02/10/2014 |

Receipt 10/02/2015 10:07:51 193284966
User mc323333
Client
Description Civil Party Search
Name Dollar Tree Stores, Inc. NOS 710 All Courts Page: 1
Pages 1 ($0.10)