UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIE CRUZ,**

      **Plaintiff,**

v.                                                           **Case No:  6:15-cv-1445-Orl-41GJK**

**DOLLAR TREE STORES, INC.,**

      **Defendant.**

                                             /

**ORDER**

THIS CAUSE is before the Court on the parties' Amended Joint Motion to Approve FLSA Resolution (Doc. 17). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 18), which recommends that the parties' motion be granted, to which the parties filed a Joint Notice of Non-objection (Doc. 19).

After an independent *de novo* review of the record in this matter and noting the parties' Joint Notice of Non-objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Approve FLSA Resolution (Doc. 17) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record